**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-02219-TUC-RM (DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| Isaac Peraza - 002<br>John Tibor Vigh - 003<br>Jacarah Love Gonzalez - 004, | |
| Defendant. | |

In an Order dated September 3, 2021, the Court took Defendant John Tibor Vigh's Motion to Sever (Doc. 92) under advisement pending the filing by the Government of proposed redactions of out-of-court statements of co-defendant Jacarah Gonzalez. (Doc. 129.) On September 21, 2021, the Government filed a Notice stating that it intends to introduce Gonzalez's complete, unredacted out-of-court statements at trial against her and, therefore, that the Government has no objection to severing the trials of Vigh and Gonzalez. (Doc. 142.)

Accordingly,

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that Defendant John Tibor Vigh's Motion to Sever (Doc. 92) is **granted**. The trial of Defendants John Tibor Vigh and Isaac Peraza will be severed from the trial of Jacarah Gonzalez.

Dated this 27th day of September, 2021.

_____
Honorable Rosemary Márquez
United States District Judge